UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-92-1BO
NO. 4:11-CR-92-2BO

UNITED STATES OF AMERICA,  :
                                      :
     v.                      :     ORDER
                                      :
STEVEN BRADFORD NICHOLS    :
JERRY ANDREWS,                 :
    a/k/a Khualia Al-Amin  :

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to STEVEN BRADFORD NICHOLS and JERRY ANDREWS, a/k/a "Khualia Al-Amin, be changed to reflect the proper identification of the defendants as STEPHEN BRADFORD NICHOLS and KHUALIA AL-AMIN.

This the _27_ day of January, 2012.

                                           TERRANCE W. BOYLE
                                           United States District Judge