# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

No. 4:11-CR-92-2BO(4)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **KHALIL AL-AMIN,** | ) | |
| a/k/a Khualia Al-Amin, | ) | |
| a/k/a Jerry Andrews, | ) | |
| **Defendant** | ) | |

Before the Court is a motion by counsel for the Defendant to change name. Counsel for Defendant represents that the United States does not object to the motion. Having considered the premises advanced in the Defendant's motion, and there appearing no objection from the United States, the motion is·ALLOWED, and it is hereby ORDERED (a) that all court records pertaining to the Defendant, Khualia Al-Amin, be changed to reflect Mr. Al-Amin's correct legal name of KHALIL MUJAHID AL-AMIN, and (b) that the U.S. Marshal's Service is DIRECTED to see that Piedmont Regional Jail and any other facilities it may use to house Mr. Al-Amin while in its custody shall effect Mr. Al-Amin's listing in their respective records under his correct legal name: KHALIL MUJAHID AL-AMIN.

This __7__ February 2012.

TERRENCE W. BOYLE
U.S. District Judge